AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Joshua Jonathan Gomez<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  3:24-mj-00109

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    Feb. 20, 2024 to March 7, 2024    in the county of              Marion              in the

_____    District of          Oregon          , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a Machinegun |
| 18 U.S.C. § 933(a) | Trafficking in Firearms |
| 21 U.S.C. § 841(a)(1) and<br>841(b)(1)(B) | Distribution of a Controlled Substance (fentanyl). |

This criminal complaint is based on these facts:

See attached affadavit of ATF Special Agent Nathan Miller

☑ Continued on the attached sheet.

/s/ Signed by telephone
_____
*Complainant's signature*

Nathan A. Miller, Special Agent, ATF
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  4:53   a.m./p.m.

Date:  May 31    , 2024

_____
*Judge's signature*

City and state:          Portland, Oregon          

Hon. Jeffrey Armistead, U.S. Magistrate Judge
_____
*Printed name and title*